UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \*\*

| | |
|---|---|
| I A MAN aka RONALD-DENNIS: FERLINGERE<br><br>Plaintiff,<br><br>v.<br><br>RICHARD A. MOLEZZO, ESQUIRE,<br><br>Defendants. | CASE NO.: 3:15-CV-00475-RCJ-VPC<br><br>O R D E R |

The Court has considered the Report and Recommendation of United States Magistrate (ECF #3) entered on November 9, 2015, in which the Magistrate Judge recommends the Court the action be dismissed without leave to amend. The Court has considered the pleadings and memoranda of the parties and other relevant matters of record and has made a review and determination in accordance with the requirements of 28 U.S.C. § 636 and applicable case law, and good cause appearing, the court hereby

ADOPTS AND ACCEPTS the Report and Recommendation of the United States Magistrate Judge (ECF #3).

IT IS HEREBY ORDERED that Plaintiff's Application to Proceed *in forma pauperis* (ECF #1) is GRANTED, the Clerk shall file Plaintiff's Complaint (ECF #1-1).

IT IS FURTHER ORDERED that the complaint is DISMISSED WITHOUT LEAVE TO AMEND. The Clerk of the Court shall enter judgment accordingly and close this case.

IT IS SO ORDERED this 17th day of June, 2016.

_____
ROBERT C. JONES
UNITED STATES DISTRICT JUDGE