AO 450 (Rev. 5/85) Judgment in a Civil Case ⊕

# UNITED STATES DISTRICT COURT

*****             DISTRICT OF___NEVADA___

I A MAN aka RONALD-DENNIS:
FERLINGERE,

          Plaintiff,              JUDGMENT IN A CIVIL CASE

   V.

                       CASE NUMBER:  **3:15-CV-00475-RCJ-VPC**

RICHARD A. MOLEZZO, ESQUIRE,

          Defendant.

___ **Jury Verdict.** This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

___ **Decision by Court.** This action came to trial or hearing before the  Court.  The issues have been tried or heard and a decision has been rendered.

_X_ **Decision by Court.** This action came to be considered before the Court.  The issues have been considered and a decision has been rendered.

     **IT IS ORDERED AND ADJUDGED** that the complaint is DISMISSED WITHOUT LEAVE TO AMEND.

   June 17, 2016                      **LANCE S. WILSON**
                                      Clerk

                                /s/ D. R. Morgan
                                  Deputy Clerk